

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2022

No. 04-22-00125-CV

**IN THE INTEREST OF S.C. AND M.B.**, Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01853
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

In this accelerated appeal, the reporter's record was due on March 7, 2022. After the due date, court reporter Judy Mata filed a notification of late record requesting an additional thirty days to prepare the reporter's record.

The request is **granted in part**. The reporter's record is due on March 17, 2022. *See* TEX. R. APP. P. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2022.

_____
Michael A. Cruz,
Clerk of Court